

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00122-CV

| | | |
|---|---|---|
| In re Herman Slaughter, Jr. | § | Original Proceeding |
| | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1189897) |
| | § | May 14, 2013 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be granted in part and denied in part. We conditionally grant relator's petition for a writ of mandamus to the extent that we order respondent to rule on relator's "Amended Objections to Reporter's Record Fees." We deny all other relief requested by relator. A writ of mandamus will issue only in the event that respondent fails to comply with our instructions within thirty days of the date of this opinion.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston